# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES WALTHER,

                 Plaintiff,         :        Case No. 3:17-cv-257


                                          District Judge Thomas M. Rose
   -   vs   -                          Magistrate Judge Michael R. Merz

FLORIDA TILE, INC., et al.,

                 Defendant.         :

---

# RECUSAL ORDER

---

        This case was randomly assigned to the undersigned upon its filing in August 2017. District Judge Rose has now entered a Preliminary Pretrial Conference Order which refers the case to me for pretrial management purposes (ECF No. 19, PageID 154). However, many of the dates set in the Order occur after expiration of my term of office on March 1, 2018.

        Therefore, I recuse myself from further judicial participation in this case and direct the Clerk to randomly reassign the case to one of the other Magistrate Judges resident at Dayton. October 16, 2017.

                                                s/ *Michael R. Merz*
                                       United States Magistrate Judge